IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 00-30976

CA 00-1784

IN RE: DAVID D. RUSHING,

Movant.

- - - - - - - - - -

Motion for an order authorizing
the United States District Court for the Eastern
District of Louisiana to consider
a successive 28 U.S.C. § 2254 application

- - - - - - - - - -

Before   EMILIO M. GARZA, STEWART, and PARKER, Circuit Judges.

BY THE COURT:

David D. Rushing, Louisiana prisoner # 103801, requests leave to file a successive 28 U.S.C. § 2254 application. Rushing argues that he was denied equal protection of the law because African-Americans were racially discriminated against during the selection process for the grand-jury foreman and he was denied the effective assistance of counsel due to his counsel's failure to file a motion to quash the indictment based on the alleged racial discrimination. Rushing has not satisfied the standards for authorization set forth in 28 U.S.C. § 2244(b)(2). Accordingly, his motion for leave to file a successive § 2254 application is DENIED.

Rushing is warned that the filing of repetitious or frivolous motions for leave to file a successive § 2254 application or any further attempts to file a successive § 2254



No. 00-30976
-2-

application directly in district court will invite the imposition of sanctions.

MOTION DENIED; SANCTIONS WARNING ISSUED.

A true copy
Test
Clerk, U.S. Court of Appeals, Fifth Circuit
By_____ Deputy
New Orleans, Louisiana          SEP 10 2000